IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| **SPECIALIZED MONITORING SOLUTIONS, LLC,** § § § | |
| *Plaintiff*, § | Civil Action No. 2:16-cv-186 |
| § | |
| v. § | |
| § | |
| **EATON CORPORATION,** § § | |
| *Defendant*. § | |

# ORDER

Before the Court is the parties' Joint Motion to Dismiss With Prejudice (the "Motion") seeking dismissal with prejudice of Plaintiff's claims against Eaton Corporation ("Eaton") under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court, having fully considered the Motion, along with all the papers on file with the Court, is of the opinion that the Motion should be, and is hereby, **GRANTED**.  It is therefore **ORDERED** that all of Plaintiff's claims against Eaton shall be, and are hereby, **DISMISSED** with prejudice, and each party will bear their own costs, expenses, and legal fees.  Any remaining relief requested by any party is hereby **DENIED**.

**SIGNED this 22nd day of July, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE